JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SEAN MAURICE ROBINSON,<br><br>    Petitioner,<br><br>    v.<br><br>PATRICIA BRADLEY,<br><br>    Respondent. | No. 2:21-cv-00159-MWF-JDE<br><br>JUDGMENT |

Pursuant to the Order Re Summary Dismissal of Action,

IT IS ADJUDGED that the petition is denied and this action is dismissed without prejudice.

Dated: January 11, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge